# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JESSICA MORRELL**                                                            **PLAINTIFF**

**VS.**                                   **CASE NO. 4:21CV00724 PSH**

**KILOLO KIJAKAZI, Acting Commissioner,**
   **Social Security Administration**                               **DEFENDANT**

## JUDGMENT

   Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

   IT IS SO ORDERED this 20th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE